Eric John Tudela Mafnas
Reg,No. 00483-005
Federal Correctional Institution
P.O. Box 9000
Safford, AZ 85548

Pro Se

FILED
Clerk
District Court

JUL 1 0 2008

For The Northern Mariana Islands
By_____
     (Deputy Clerk)

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS

ERIC JOHN TUDELA MAFNAS,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent(s).

_____/

Civ No. **CV 08-0031**

Case No. Cr-04-000038-001

MOTION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER.
(HABEAS)

**COMES NOW**, ERIC JONH TUDELA MAFNAS, pro se requesting to Proceed In Forma Pauperis in the above entitled case without prepayment of fees under 28 U.S.C. § 1915. See **HAINES v. KERNER**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 30 L.Ed.2d 652 (1972). Pro se complaints and motions from prisoners are to be liberally construed.

    See attach declaration in support of my request to proceed in the above entitled case.

Respectfully submitted

Dated: June 28th ,2008

Eric John Tudela Mafnas

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies, under penalty of perjury, that he has served the attached  Motion to proceed informa pauperis by prisoner.                                              , upon the following parties:

>   Office of the Clerk
>   District Court for the
>   Northern Mariana Islands
>   P.O. Box 500687
>   Saipan, MP 96950

postage prepaid, by placing same in the Bureau of Prisons' mailing system, on the date set forth below.

DATED: June 28,         , 2008.
       Safford, Arizona.


Eric John Tudela Mafnas
FCI Safford
P.O. Box 9000
Safford, AZ 85548

Eric John Tudela Mafnas
(Petitioner)

United States of America
(Respondent[s])

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, ERIC MAFNAS, declare that I am the movant in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes __X__   No_____

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   $19-$24 per month, Mr.Macias, Recreation SDR, FCI Safford, AZ 85548

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

   _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes___ No_X_
   b. Rent payments, interest or dividends?   Yes___ No_X_
   c. Pensions, annuities or life insurance payments?   Yes___ No_X_
   d. Gifts or inheritances?   Yes_X_ No___
   e. Any other sources?   Yes___ No_X_

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   Father $600, Mother $300, Wife about $150-275 I received this from family

3. Do you own any cash, or do you have money in a checking or savings account?   Yes_X_ No___ (Include any funds in prison accounts)

   If the answer is yes, state the total value of the items owned.

   I have about $100 in my prison account.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes___ No_X_

   If the answer is yes, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support. <u>Velma Mafnas(wife), Krara,Marian, Tahani,Jnana Mafnas(Daughters),Eric Jr,jose Mafnas(sons)(6 Kids & Stepson)</u>

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. Executed on _5-22-08_
(Date)

_____
Signature of Movant

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ _190.04_ on account to his credit at the _Federal Correctional Institution_ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said _____ institution: _N/A_

_____
Authorized Officer of Institution
_Case Manager_
Title of Officer

5-22-08

# Inmate Inquiry

[PRINT]

| | | | |
|---|---|---|---|
| Inmate Reg #: | 00483005 | Current Institution: | Safford FCI |
| Inmate Name: | MAFNAS, ERIC | Housing Unit: | SAF-O-B |
| Report Date: | 05/22/2008 | Living Quarters: | O02-008L |
| Report Time: | 7:53:00 AM | | |

General Information  |  Account Balances  |  Commissary History  |  Commissary Restrictions  |  Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 5935 |
| PAC #: | 006331265 |
| FRP Participation Status: | Completed |
| Arrived From: | PHX |
| Transferred To: | |
| Account Creation Date: | 3/13/2006 |
| Local Account Activation Date: | 4/27/2006 3:25:58 AM |
| Sort Codes: | |
| Last Account Update: | 5/19/2008 7:20:37 AM |
| Account Status: | Active |
| Phone Balance: | $15.36 |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|
| | | |

## Account Balances

| | |
|---|---|
| Account Balance: | $190.04 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $190.04 |
| National 6 Months Deposits: | $2,279.42 |
| National 6 Months Withdrawals: | $2,220.26 |
| National 6 Months Avg Daily Balance: | $226.35 |
| Local Max. Balance - Prev. 30 Days: | $281.02 |
| Average Balance - Prev. 30 Days: | $237.02 |

Page 2 of 2

Case 1:08-cv-00031 Document 1 Filed 07/10/2008 Page 6 of 6

## Commissary History

### Purchases

Validation Period Purchases: $230.98
YTD Purchases: $2,375.74
Last Sales Date: 5/15/2008 6:57:36 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $218.58
Remaining Spending Limit: $71.42

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

Comments:

http://10.33.69.107/UMR/InmateInquiryCombined.aspx 5/22/2008