FILED
Clerk
District Court

JUL 1 8 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 08-0031 |
| | ) | |
| Respondent | ) | |
| | ) | ORDER GRANTING MOTION |
| v. | ) | TO WAIVE FILING FEE AND |
| | ) | DENYING MOTION FOR |
| ERIC JOHN TUDELA MAFNAS, | ) | APPOINTMENT OF COUNSEL |
| | ) | FOR 28 U.S.C.§ 2255 MOTION |
| Petitioner | ) | |
| _____ | ) | |

THE COURT has before it two motions from petitioner Mafnas. The first

seeks waiver of the filing fee and that motion is granted.  It appears from petitioner's

filings that he is unable to pay the fee.  The second motion seeks appointment of

AO 72
(Rev. 08/82)

counsel to represent petitioner in this 28 U.S.C. § 2255 proceeding and that motion is

denied at this time.  An initial assessment of petitioner's filings leaves the court

unpersuaded that he has met his burden under 28 U.S.C. § 2255 to show that either

trial or appellate counsel was ineffective; general allegations are made, but are not

supported by specific facts.  The court will review the trial transcript for indications

that petitioner's motion has merit.  If the court concludes that the transcript supports

his claim of ineffective assistance of counsel it will *sua sponte* re-visit the issue of

appointment of counsel

      IT IS SO ORDERED.

      DATED this 18th day of July, 2008.


_____
ALEX R. MUNSON
Judge